UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JUAN MARCOS PEREZ,

    Petitioner,

v.                           CASE NO. 5:07-cv-227-Oc-10GRJ

SECRETARY,
DEPARTMENT OF CORRECTIONS, et al.,

    Respondents.
_____/

## NOTICE OF FILING APPENDIX

COME NOW the Respondents, the Secretary, Department of Corrections, et al., by and through their undersigned counsel, and gives notice that Appendices I through XXIX exceed 200 pages in length and are being mailed to the Court in paper format this 1st day of April, 2008.

                                  Respectfully submitted,

                                  BILL McCOLLUM
                                  ATTORNEY GENERAL

                                  s/ Anthony J. Golden
                                  ANTHONY J. GOLDEN
                                  ASSISTANT ATTORNEY GENERAL
                                  Fla. Bar # 162172
                                  444 Seabreeze Blvd. 5th Floor
                                  Daytona Beach, FL   32118
                                  (386) 238-4990
                                  Fax No. (386) 238-4997
                                  anthony_golden@oag.state.fl.us

                                  COUNSEL FOR RESPONDENTS

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on April 1, 2008, I electronically filed the foregoing Notice of Filing Appendix with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed a copy of the foregoing document to Juan Marcos Perez, DC # 126229, Dorm C3-112L, Hardee Correctional Institution, 6901 State Road 62, Bowling Green, Florida 33834-8976, this 1st day of April, 2008.

s/ Anthony J. Golden<br>
Anthony J. Golden<br>
Assistant Attorney General